395 A.2d 981

Cullen, Appellant, v. Cullen.

430

Argued September 13, 1978.  Paul W. Tressler, for appellant;  Harry L. Green, Jr., for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.